**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ELLEN SINGLETON**                                                                             **PLAINTIFF**

**V.**                                                                                             **NO. 4:16-CV-214-DMB-JMV**

**NAVIENT SOLUTIONS, INC.**                                                 **DEFENDANT**

## ORDER CLOSING CASE

On July 28, 2017, the plaintiff filed a "Joint Stipulation of Dismissal with Prejudice," signed by all parties, stating that the parties "hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses." Doc. #23. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 31st day of July, 2017.

                                                      **/s/Debra M. Brown**
                                                    **UNITED STATES DISTRICT JUDGE**